02-20-08BTB136148                                              65100-1043LIT-4648

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

**FEBRUARY 20, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1045**

**JUDGE KENDALL
MAGISTRATE JUDGE COLE**

| | |
|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMEN EDUCATION AND TRAINING, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND, THE PLUMBING COUNCIL OF CHICAGOLAND, an Illinois not-for-profit corporation, and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., | ) ) ) ) ) ) ) ) No. ) ) Judge ) ) Magistrate Judge ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| JTF MECHANICAL, INC., an Illinois corporation, | ) ) ) ) |
| Defendant. | ) ) |

**COMPLAINT**

NOW COME Plaintiffs, JAMES T. SULLIVAN, not individually but as a Trustee of

PLUMBERS' PENSION FUND, LOCAL 130, U.A. ("Pension Fund"), PLUMBERS'

WELFARE FUND, LOCAL 130, U.A. ("Welfare Fund"), THE TRUST FUND FOR

APPRENTICE AND JOURNEYMEN EDUCATION AND TRAINING, LOCAL 130, U.A.

("Apprentice Fund"), THE CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130,

U.A., GROUP LEGAL SERVICES PLAN FUND ("Legal Fund"); THE PLUMBING

COUNCIL OF CHICAGOLAND ("Plumbing Council"); and CHICAGO JOURNEYMEN

PLUMBERS' LOCAL UNION 130, U.A. ("Union"), by their attorneys, DOUGLAS A.

LINDSAY, JOHN W. LOSEMAN, LISA SIMIONI, and BRIAN T. BEDINGHAUS, and with

LEWIS, OVERBECK & FURMAN, LLP, of counsel, and, for their Complaint against

Defendant, JTF MECHANICAL, INC., an Illinois corporation, state:

1.      JAMES T. SULLIVAN is a Trustee of Pension Fund, Welfare Fund, Apprentice

Fund, and Legal Fund (collectively "Funds"), and is authorized to bring this action on their

behalf pursuant to the Employee Retirement Income Security Act of 1974 ("ERISA"), as

amended, 29 U.S.C. § 1001, *et seq.*

2.      Funds are trusts created and existing in accordance with the provisions of §

302(c) of the Labor Management Relations Act of 1947 ("LMRA"), 29 U.S.C. § 186(c), and are

multiemployer benefit plans.

3.      Plumbing Council is an Illinois not-for-profit corporation.

4.      Union is a labor organization within the meaning and definition of 29 U.S.C. §

152 and represents employees in an industry affecting commerce.

5.      The Court has jurisdiction over the claim stated by JAMES T. SULLIVAN on

behalf of Funds pursuant to Section 301 of LMRA, 29 U.S.C. §185, and ERISA, 29 U.S.C. §§

1132(e)(1) and 1145.

6.      Venue is proper in the Northern District of Illinois pursuant to 29 U.S.C. §

1132(e)(2).

7.      The Court has jurisdiction over the claim stated by Plumbing Council pursuant to

Section 301 of LMRA, 29 U.S.C. §185.

8.      Defendant is an Illinois corporation and is engaged in an industry affecting

commerce, to wit: Defendant is a plumbing contractor with its principal place of business within the jurisdiction of this Court.

9.      There was in effect on and after March 18, 2004, a written Collective Bargaining Agreement ("Agreement") between Union and Defendant.  A true and correct copy of the Agreement for the period from June 1, 2001, through May 31, 2007, and the signature page dated March 18, 2004, are attached hereto as Exhibit A.

10.     Agreement requires Defendant to pay certain contributions and deductions to Plaintiffs based on the hours of work performed by covered employees.

11.     Agreement establishes a Joint Arbitration Board ("JAB") and provides for arbitration before the JAB of disputes between the parties.

12.     Pursuant to Agreement, on October 23, 2007, the JAB issued its Decision and Award ("Award"), a true and correct copy of which is attached hereto as Exhibit B, finding that Defendant violated Agreement and requiring Defendant to pay $58,968.74 to Plaintiffs.

13.     The Award is itemized as follows:

| | | | |
|---|---|---|---|
| a. | Pension Fund | - | $ 11,465.69 |
| b. | Welfare Fund | - | 20,688.57 |
| c. | Apprentice Fund | - | 2,128.57 |
| d. | Plumbing Council | - | 1451.78 |
| e. | Legal Fund | - | 1620.55 |
| f. | Working Dues | - | 186.20 |
| g | Savings Plan | - | 242.50 |
| h. | Liquidated Damages | - | 3,022.71 |
| i. | Interest (through October 15, 2007) | - | 18,162.17 |
| | | Total: | $58,968.74 |

14.     Award further requires that if Defendant fails to pay the full amount of Award by November 22, 2007, Defendant must reimburse Union and Funds for all attorneys' fees and costs incurred to enforce Award.

15.    Award further requires that after November 26, 2007, Defendant must pay

additional interest at the rate of $566.76 per month until the Award is paid in full.

16.    Defendant received from the JAB a copy of Award, which demanded payment

pursuant to its terms.

17.    Defendant has refused, failed, and neglected to comply with Award.


WHEREFORE, Plaintiffs, JAMES T. SULLIVAN, etc., et al., pray for judgment in their

favor confirming and enforcing the Award in favor of Plaintiffs and against Defendant, JTF

MECHANICAL, INC., in the amount of $58,968.74, plus the following:

a.    Accrued interest at the rate of $566.76 per month for the period
     from November 26, 2007, until the date of judgment, pursuant to Award and
     ERISA, 29 U.S.C. §1132(g)(2)(B); and

b.    Additional (double) interest pursuant to ERISA, 29 U.S.C. §1132(g)(2)(C); and

c.    Plaintiffs' reasonable attorneys' fees and costs, pursuant to Award and ERISA, 29
     U.S.C. §1132(g)(2)(D); and

d.    Such other legal and equitable relief as the Court deems appropriate, pursuant to
     ERISA, 29 U.S.C.§1132(g)(2)(E).

JAMES T. SULLIVAN, etc., et al.,
by their attorneys, DOUGLAS A. LINDSAY,
JOHN W. LOSEMAN, LISA M. SIMIONI, and
BRIAN BEDINGHAUS


s/ Douglas A. Lindsay
By:_____
    Douglas A. Lindsay

OF COUNSEL:                          20 North Clark Street
Lewis, Overbeck & Furman, LLP        Suite 3200
20 North Clark Street                Chicago, IL 60602-5093
Suite 3200                           (312) 580-1251
Chicago, IL 60602-5093
312-580-1200