# United States District Court for the Northern District of Illinois

Case Number: 08cv1045          Assigned/Issued By: j. n.

Judge Name: kendall            Designated Magistrate Judge: cole

## FEE INFORMATION

*Amount Due:*  [✓] $350.00      [ ] $39.00       [ ] $5.00
               [ ] IFP          [ ] No Fee       [ ] Other _____
               [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                            Receipt #: 2551760

Date Payment Rec'd: 2-20-08                 Fiscal Clerk: j. n.

## ISSUANCES

[✓] Summons                                 [ ] Alias Summons

[ ] Third Party Summons                     [ ] Lis Pendens

[ ] Non Wage Garnishment Summons            [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons      _____
                                            _____
[ ] Citation to Discover Assets             (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__1__ Original and __0__ copies on __2-20-08__ as to __defendant__
                                    (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05