AO 440 (Rev. 05/00) Summons in a Civil Action

65100/1043LIT-4648

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

JAMES T. SULLIVAN, not individually but as Trustee of
PLUMBERS' PENSION FUND, LOCAL 130, U.A., etc., et al.,

Plaintiffs,

V.

JTF MECHANCICAL, INC., an Illinois corporation,

Defendant.

CASE NUMBER: **08 C 1045**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE KENDALL
MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

JTF Mechanical, Inc.
c/o Raj Thakral, registered agent
330 East Roosevelt Road, Suite G-7
Lombard, Illinois 60148

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Lindsay
John W. Loseman
Lisa M. Simioni
Brian T. Bedinghaus
Lewis Overbeck & Furman, LLP
20 N. Clark St., Suite 3200
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

February 20, 2008
_____
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | Not Served, Not Found |
| NAME OF SERVER *(PRINT)* Philip M. Ducar | TITLE | Special Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☒ Returned unexecuted: On March 4'th, 2008, at 1:30 p.m., I attempted service of the Summons and the Complaint upon Mr. Raj Thakral, the Registered Agent for the defendant, JTF Mechanical, Inc. Service was attempted at 330 East Roosevelt Road, in Lombard, Ill., and it was learned that Mr. Thakral was no longer at that location to accept service.

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    March 4'th, 2008      _____
                Date               Signature of Server

                           Post Office Box # 911
                           Tinley Park, Illinois 60477

                           *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.