## United States District Court for the Northern District of Illinois

Case Number: 08v1045     Assigned/Issued By: j. n.

Judge Name:     Designated Magistrate Judge:

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____     Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

**ISSUANCES**

☐ Summons     ☑ Alias Summons
☐ Third Party Summons     ☐ Lis Pendens
☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons     _____
☐ Citation to Discover Assets     (Victim, Against and $ Amount)
☐ Writ _____
     (Type of Writ)

_1_ Original and _0_ copies on _3-7-08_ as to _JTF MECHANICAL, INC._
                              (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05