65100/1043LIT-4648

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FIRST ALIAS **SUMMONS IN A CIVIL CASE**

JAMES T. SULLIVAN, not individually but as Trustee of
PLUMBERS' PENSION FUND, LOCAL 130, U.A., etc., et al.,

    Plaintiffs,

V.

JTF MECHANCICAL, INC., an Illinois corporation,

    Defendant.

CASE NUMBER: 08 C 1045

ASSIGNED JUDGE: Kendall

DESIGNATED MAGISTRATE JUDGE: Cole

TO: (Name and address of Defendant)

JTF Mechanical, Inc.
c/o James Steinhardt, President
2327 West Wolfram Avenue
Chicago, Illinois 60618

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Douglas A. Lindsay
John W. Loseman
Lisa M. Simioni
Brian T. Bedinghaus
Lewis Overbeck & Furman, LLP
20 N. Clark St., Suite 3200
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE 3/7/08

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/24/08 |
| NAME OF SERVER (PRINT) Robert Prizek | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By serving the IL. Sec. of State 69 W. Washington St. Ste 1240, Chicago, IL

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/08
            Date          Signature of Server

20 N. Clark, Suite 3200, Chicago IL 60602
Address of Server

MAR 2 6 2008
FILED
MAR 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| Form **BCA-5.25**<br>(Rev. Jan. 2003) | AFFIDAVIT OF COMPLIANCE FOR SERVICE<br>ON SECRETARY OF STATE UNDER THE<br>BUSINESS CORPORATION ACT | File # 6265633 |
|---|---|---|
| Jesse White<br>Secretary of State<br>Department of Business Services<br>Springfield, IL 62756<br>217-524-6748<br>www.cyberdriveillinois.com | This space for use by Secretary of State.<br>**FILED**<br>MAR 2 4 2008<br>**JESSE WHITE**<br>**SECRETARY OF STATE** | SUBMIT IN DUPLICATE<br>Date: 03-24-08<br>Filing Fee: $10<br>Approved: WD |
| Remit payment in check or money order payable to Secretary of State. | | |

1. Title and Number of Case:

   JAMES T. SULLIVAN, etc., et al.,   first named plaintiff
   v.
   JTF MECHANICAL, INC.   first named defendant

   Number  08 C 1045

2. Name of corporation being served: JTF Mechanical, Inc.
3. Title of court in which an action, suit or proceeding has been commenced: United States District Court
4. Title of instrument being served: First Alias Summons and Complaint
5. Basis for service on the Secretary of State: (check and complete appropriate box)

   a. ☑ The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

   b. ☐ The corporation has failed to appoint and maintain a registered agent in Illinois.

   c. ☐ The corporation was dissolved on _____, _____; the conditions
        of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or has affected the corporation within five (5) years thereafter.

   d. ☐ The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on _____, _____.

   e. ☐ The corporation is a foreign corporation that has transacted business in Illinois without procuring authority, contrary to the provisions of the Business Corporation Act of 1983.

6. Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified or registered mail: See Attached

7. The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

   Signature of Affiant      March 24, 2008

   ( 312 ) 580-1200
   Telephone Number

Return to (please type or print clearly):
Lewis, Overbeck & Furman, LLP
20 North Clark Street, Suite 3200
Chicago, Illinois 60602

**TENDERED CHICAGO CORP. DEPARTMENT**

MAR 2 4 2008

ACCEPTANCE AND "FILED" DATE ESTABLISHED ONLY AFTER REVIEW

Printed by authority of the State of Illinois. June 2005 — 5M — C 213.10

## INSTRUCTIONS

Deliver to the Secretary of State:

1. Copy of process, notice or demand;
2. Copy of any papers to be served therewith;
3. Affidavit of Compliance for Service on Secretary of State; and
4. $10 fee.

**This affidavit will be stamped with the date of filing and returned to the affiant as the only proof of filing.**

After proof of filing has been received, transmit to the corporation being served by **CERTIFIED** or **REGISTERED** mail:

1. Copy of process, notice or demand;
2. Copy of any papers to be served therewith;
3. Copy of filed Affidavit of Compliance for Service on Secretary of State.

Transmittal to the corporation being served shall be:

1. At the last registered office of the corporation as shown on the records of the Secretary of State;

AND

2. At such address the use of which the person instituting the action, suit or proceeding knows, or on the basis of reasonable inquiry has reason to believe, is most likely to result in actual notice.

Printed by authority of the State of Illinois.
June 2005 — 5M — C 213.10

## Attachment

JTF Mechanical, Inc.
c/o Raj Thakral, registered agent
330 East Roosevelt Road
Sute g-7
Lombard, Illinois 60148

JTF Mechanical, Inc.
c/o James Steinhardt, President
2327 Wolfram Avenue
Chicago, Illinois 60618

3-20-08/RCP136490   65100-1043/LIT-4648

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES T. SULLIVAN, not individually but as Trustee of )
PLUMBERS' PENSION FUND, LOCAL 130, U.A., etc., )
et al. )
                       Plaintiffs, )
   v. )
                                       )  No. 08 C 1045
JTF MECHANICAL, INC. )
                       Defendants. )

## NOTICE OF SERVICE

To:   JTF Mechanical, Inc.                   JTF Mechanical, Inc.
       c/o Raj Thakral, registered agent     c/o James Steinhardt, President
       330 East Roosevelt Road, Suite g-7  2327 West Wolfram Avenue
       Lombard, Illinois 60148               Chicago, Illinois 60618

     PLEASE TAKE NOTICE that on the 24th day of March, 2008, we caused to be served upon the Illinois Secretary of State, as agent for JFT Mechanical, Inc., a copy of this Notice, the Summons and First Alias Summons directed to JTF Mechanical, Inc., Complaint, and Affidavit of Compliance Form BCA 5.25, copies of which documents are herewith served upon you.

                                     James T. Sullivan, not individually but as
                                     Trustee of Plumbers' Pension Fund, Local
                                     130, U.A., etc., et al. by their attorneys,
                                     LEWIS, OVERBECK & FURMAN, LLP

                                   By: _____
                                     Brian T. Bedinghaus
                                     LEWIS, OVERBECK & FURMAN, LLP
                                     20 N. Clark Street
                                     Suite 3200
                                     Chicago, Illinois 60602-5093
                                     312.580.1200
                                     Atty. No. 90484

## CERTIFICATE OF SERVICE

  Robert C. Parizek, being first duly sworn, deposes and states that (s)he served a copy of (1) the foregoing Notice of Service; (2) the Summons in the captioned case (3) the First Alias Summons in the captioned case; (4) the Complaint in the captioned case; and (4) the Affidavit of Compliance Form BCA 5.25 pertaining thereto, on the following:

| | |
|---|---|
| *(Via Certified Mail, Return Receipt Requested, Receipt No. 7004 2510 0001 9622 6100)* | *(Via Certified Mail, Return Receipt Requested, Receipt No. 7004 2510 0001 9622 6094)* |
| JTF Mechanical, Inc.<br>c/o Raj Thakral, registered agent<br>330 East Roosevelt Road, Suite G-7<br>Lombard, Illinois 60148 | JTF Mechanical, Inc.<br>c/o James Steinhardt, President<br>2327 West Wolfram Avenue<br>Chicago, Illinois 60618 |

via certified mail, return receipt requested, by sealing copies thereof in an envelope addressed to the foregoing address, designated for certified mail, with postage prepaid, and causing same to be deposited with the U.S. Postal Service at 20 N. Clark Street, Chicago, Illinois, on March 24, 2008.

Subscribed and sworn to before me
this _____ day of March, 2008.

_____
Notary Public