04-14-08BTB136900                                                           65100-1043LIT-4648

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No.   08 C 1045 |
| v. | ) | |
| | ) | Judge   Virginia M. Kendall |
| JTF MECHANICAL, INC., | ) | |
| an Illinois corporation, | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:   JTF Mechanical, Inc.
       c/o Jesse White
       Illinois Secretary of State
       Department of Business Services
       Springfield, IL 62756

   PLEASE TAKE NOTICE that on Wednesday, April 23, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia M. Kendall, or any judge sitting in her place and stead, in Courtroom No. 2319 in the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Entry of Judgment, a copy of which is herewith served upon you.

                                                                JAMES T. SULLIVAN, etc., et al., by their
                                                                attorneys, DOUGLAS A. LINDSAY, JOHN W.
                                                                LOSEMAN, LISA M. SIMIONI, and BRIAN T.
                                                                BEDINGHAUS

                                                                By:      s/ Brian T. Bedinghaus
Of Counsel:                                                     Brian T. Bedinghaus
LEWIS, OVERBECK & FURMAN, LLP                                   20 N. Clark Street
20 N. Clark Street                                              Suite 3200
Suite 3200                                                      Chicago, IL  60602-5093
Chicago, IL 60602-5093                                          312.580.1269
312.580.1200

1

2

## PROOF OF SERVICE

I served a copy of the foregoing NOTICE OF MOTION upon:

JTF Mechanical, Inc.
c/o Jesse White
Illinois Secretary of State
Department of Business Services
Springfield, IL 62756

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Suite 3200, Chicago, Illinois on April 15, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 15, 2008

_____
CHRISTINE USYAK

OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 North Clark Street
Suite 3200
Chicago, IL 60602-5093
312.580.1200