# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Plumbers' Pension Fund, Local 130, U.A., et al.

                                          Plaintiff,

v.
                                                      Case No.:
                                                      1:08–cv–01045

                                                      Honorable Virginia
                                                      M. Kendall

JTF Mechanical, Inc.

                                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Honorable Virginia M. Kendall: The 4/24/08 Initial Status hearing has been reset for 4/23/2008 at 09:00 AM to take place concurrently with the presentment of Plaintiff's motion [13]. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.