04-18-08BTB136973-2T-LIT                                                   65100-1043LIT-4648

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No.    08 C 1045 |
| v. | ) | |
| | ) | Judge   Virginia M. Kendall |
| JTF MECHANICAL, INC., | ) | |
| an Illinois corporation, | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS' INITIAL STATUS REPORT**

Plaintiffs, JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI, and BRIAN T. BEDINGHAUS, with LEWIS, OVERBECK & FURMAN, LLP, of counsel, and, without the assistance of Defendant, who has not yet filed an appearance, submit this Initial Status Report:

1.   Attorneys

Plaintiffs are represented by Douglas A. Lindsay, John W. Loseman, Lisa M. Simioni, and Brian T. Bedinghaus of LEWIS, OVERBECK & FURMAN, LLP, 20 N. Clark Street, Suite 3200, Chicago, IL  60602-5093.  Douglas A. Lindsay is expected to try this case, if necessary.

Defendant has not appeared in this case.

2.   Jurisdiction

This action is brought under the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§1132, 1145 ("ERISA"), and the Labor Management Relations Act of

1947, as amended, 29 U.S.C. §185 ("LMRA"). The Court has jurisdiction of questions arising thereunder.

3. <u>Nature of Claims</u>

Plaintiffs brought this action to confirm and enforce an arbitration award under ERISA, 29 U.S.C §§1132 and 1145, and LMRA, 29 U.S.C. §185. Plaintiffs seek confirmation of the award, plus money damages equal to the amount of the award, interest, statutory double interest, attorneys' fees and costs.

There is no expected counterclaim.

4. <u>Unserved Parties</u>

None. Defendant was served on March 24, 2008. Defendant has failed to appear and is in default. Plaintiffs filed a Motion for Entry of Judgment which is scheduled to be presented on April 23, 2008, at 9:00 A.M.

5. <u>Principal Legal Issues</u>

None known.

6. <u>Principal Factual Issues</u>

None known.

7. <u>Jury Demand</u>

None.

8. <u>Discovery</u>

None anticipated if Court grants Plaintiffs' Motion for Entry of Judgment.

9. <u>Trial Date</u>

Not expected if Court grants Plaintiffs' Motion for Entry of Judgment.

10. <u>Magistrate</u>

The parties have not consented to proceed before a Magistrate Judge.

11. <u>Settlement</u>

There have been no settlement discussions in this case between the parties. Plaintiffs do not request a settlement conference at this time.

                              JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, and BRIAN T. BEDINGHAUS

                              By: <u>s/Brian T. Bedinghaus</u>
                                   Brian T. Bedinghaus
                                   LEWIS, OVERBECK & FURMAN, LLP
                                   20 N. Clark Street
                                   Suite 3200
                                   Chicago, IL 60602-5093
                                   312-580-1269

Of Counsel:
Lewis, Overbeck, & Furman, LLP
20 N. Clark St., Sute 3200
Chicago, IL 60602-5093
(312)580-1200