UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Plumbers' Pension Fund, Local 130, U.A., et al.
                                                    Plaintiff,
v.                                                  Case No.: 1:08−cv−01045
                                                    Honorable Virginia M. Kendall

JTF Mechanical, Inc.
                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

MINUTE entry before Judge Honorable Virginia M. Kendall: Motion hearing held. Plaintiff's Motion for Default Judgment is granted. Judgment by default is entered against Defendant. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.