04-14-08BTB136903                                                      65100-1043LIT-4648

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMEN EDUCATION AND TRAINING, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND, THE PLUMBING COUNCIL OF CHICAGOLAND, an Illinois not-for-profit corporation, and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., <br><br> Plaintiffs, <br> v. <br><br> JTF MECHANICAL, INC., an Illinois corporation, <br><br> Defendant. | No.   08 C 1045 <br><br> Judge   Virginia M. Kendall <br><br> Magistrate Judge   Jeffrey Cole |

## JUDGMENT IN A CIVIL CASE

THIS CAUSE coming before the Court for hearing on Plaintiffs' Motion For Entry of Judgment, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiffs, James T. Sullivan, etc., et al., and against Defendant, JTF MECHANICAL, INC., in the amount of $85,830.43; and

IT IS HEREBY ORDERED that this judgment is final, and there is no just reason to delay enforcement or appeal.

Date: 4-23-08                    ENTER:

Virginia M. Kendall
United States District Court Judge