# United States District Court

## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Plumbers' Pension Fund, Local 130, | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 08 C 1045 |
| JTF Mechanical, Inc. | |

☐　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■　　Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's Motion for Judgment by Default [13] is granted. Judgment is hereby entered in favor of Plaintiffs Plumbers' Pension Fund, Local 130, U.A., Plumbers' Welfare Fund, Local 130, U.A., The Trust Fund for Apprentice and Journeymen Education and Training, Local 130, U.A., Chicago Journeymen Plumbers' Local Union 130, U.A., Group Legal Services Plan Fund and The Plumbing Council of Chicagoland and against Defendant JTF Mechanical, Inc. in the amount of $85,830.43.

Michael W. Dobbins, Clerk of Court

Date: 4/23/2008　　　　　　　　　　　　/s/ Ken Wood, Deputy Clerk