LIT-4648

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, etc., et al., )<br>)<br>Plaintiffs/Judgment Creditors, )<br>v. )<br>)<br>JTF MECHANICAL, INC., )<br>an Illinois corporation, )<br>)<br>Defendant/Judgment Debtor, )<br>)<br>and )<br>)<br>FIFTH THIRD BANK, )<br>)<br>Citation Respondent. ) | No.   08 C 1045<br><br>Judge   Virginia M. Kendall<br><br>Magistrate Judge Jeffrey Cole |

## MOTION FOR TURNOVER ORDER

NOW COMES Plaintiffs, JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, LISA SIMIONI, and BRIAN T. BEDINGHAUS, with LEWIS, OVERBECK & FURMAN, LLP, of counsel, and, pursuant to Fed. R. Civ. P. 69(a) and 735 ILCS 5/2-1402(c)(3), move the Court to enter an Order directing Citation-Respondent, FIFTH THIRD BANK ("Fifth Third"), to turn over $3,849.63 held in the accounts of Defendant/Judgment Debtor. In support hereof, Plaintiffs state:

1. This Court entered judgment for Plaintiff and against Defendant on April 23, 2008, in the amount of $85,830.43. Attached hereto as Exhibit A is a true and correct copy of the Judgment Order.

2. Plaintiffs served Fifth Third with a Citation to Discover Assets (Third Party) on May 8, 2008. Attached hereto as Exhibit B is a true and correct copy of the Citation to Fifth Third.

3.  In response to the Citation, Fifth Third answered on May 12, 2008, that it was holding $35,991.63 in accounts owned by the Defendant/Judgment Debtor.  Attached hereto as Exhibit C is a true and correct copy of Fifth Third's Answer.

4.  On May 30, 2008, Fifth Third submitted an Amended Answer stating that it was holding $3,849.63 in accounts owned by Defendant/Judgment Debtor.  Attached hereto as Exhibit D is a true and correct copy of Fifth Third's Amended Answer.

5.  As of August 1, 2008, the unpaid principal balance of the judgment is $85,830.43.  Interest accrues at the rate of 1.67% per annum on the principal amount of the judgment and at the per diem rate of $3.93.

6.  As of August 1, 2008, the total principal ($85,830.43) and interest ($393.00) due is $86,223.43.

7.  Plaintiffs/Judgment Creditors ask the Court to enter an Order in the form set forth as Exhibit E.

WHEREFORE, Plaintiffs, JAMES T. SULLIVAN, etc., et al., move the Court to enter an Order directing Citation-Respondent, FIFTH THIRD BANK, to turn over $3,849.63 held in the accounts of Defendant/Judgment Debtor.

JAMES T. SULLIVAN, etc., et al., by their attorneys, DOUGLAS A. LINDSAY, JOHN W. LOSEMAN, LISA M. SIMIONI, and BRIAN T. BEDINGHAUS

By:   s/ Brian T. Bedinghaus
Brian T. Bedinghaus
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
(312) 580-1269

OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
(312) 580-1200
65100/1043BTB138351

PROOF OF SERVICE

I served a copy of the foregoing MOTION FOR TURNOVER ORDER upon:

JTF Mechanical, Inc.
c/o Cyndi Trostin, President
208 S. LaSalle St., Suite 1650
Chicago, IL 60604-1103

Fifth Third Bank
5050 Kingsley Drive
Cincinnati, OH 45263
Maildrop: 1MOC2Q C/C 3723

by placing true and correct copies thereof in sealed envelopes addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Chicago, Illinois on Aug. 1, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 1, 2008

Christine Usyak

OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
(312) 580-1200