# EXHIBIT A

04-14-08BTB136903  65100-1043LIT-4648

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., PLUMBERS' WELFARE FUND, LOCAL 130, U.A., THE TRUST FUND FOR APPRENTICE AND JOURNEYMEN EDUCATION AND TRAINING, LOCAL 130, U.A., and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., GROUP LEGAL SERVICES PLAN FUND, THE PLUMBING COUNCIL OF CHICAGOLAND, an Illinois not-for-profit corporation, and CHICAGO JOURNEYMEN PLUMBERS' LOCAL UNION 130, U.A., <br><br> Plaintiffs, <br> v. <br><br> JTF MECHANICAL, INC., an Illinois corporation, <br><br> Defendant. | No. 08 C 1045 <br><br> Judge Virginia M. Kendall <br><br> Magistrate Judge Jeffrey Cole |

## JUDGMENT IN A CIVIL CASE

THIS CAUSE coming before the Court for hearing on Plaintiffs' Motion For Entry of Judgment, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiffs, James T. Sullivan, etc., et al., and against Defendant, JTF MECHANICAL, INC., in the amount of $85,830.43; and

IT IS HEREBY ORDERED that this judgment is final, and there is no just reason to delay enforcement or appeal.

Date: 4-23-08   ENTER:

Virginia M. Kendall
United States District Court Judge

# EXHIBIT B

5-7-08BTB137219                                                          65100-1043LIT4648

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, not individually but as Trustee of PLUMBERS' PENSION FUND, LOCAL 130, U.A., etc., et al., | ) ) ) | |
| Plaintiffs/Judgment Creditors, | ) ) | No. 08 C 1045 |
| v. | ) ) | Judge Virginia M. Kendall |
| JTF MECHANICAL, INC. | ) ) ) | Magistrate Judge Jeffrey Cole |
| Defendant/Judgment Debtor. | ) ) ) | |
| and | ) ) | |
| FIFTH THIRD BANK, | ) ) | |
| Citation Respondent. | ) | |

### CITATION TO DISCOVER ASSETS (THIRD PARTY)

TO:        Fifth Third Bank Operations
            Legal Entry
            5050 Kingsley Drive
            MD # 1MOC2Q
            Cincinnati, Ohio 45227

      YOU ARE COMMANDED TO APPEAR at the offices of LEWIS, OVERBECK & FURMAN, LLP, 20 N. Clark St., Suite 3200, Chicago, Illinois, on June 11, 2008, at 10:00 a.m., to be examined under oath concerning all assets, property, and income of, and all indebtedness due or owed to JTF MECHANICAL, INC., the Judgment Debtor. This Citation examination shall be conducted by deposition as provided by the rules of this Court for depositions.

      The undersigned attorney certifies that a judgment was entered against Judgment Debtor, JTF MECHANICAL, INC., in this cause on April 23, 2008, in the amount of $85,830.43, with interest thereon at 1.67% per annum. The full amount of said judgment remains unsatisfied. The balance due on said judgment as of May 8, 2008, is $85,889.38. Additional interest accrues on said judgment after that date at the rate of $3.93 per day.

      **YOU ARE REQUIRED TO DO THE FOLLOWING UPON RECEIVING THIS CITATION UNTIL FURTHER ORDER OF THE COURT IN ACCORDANCE WITH ILLINOIS SUPREME COURT RULE 277(f), OR UNTIL THIS CITATION IS DISMISSED BY THE COURT OR BY STIPULATION:**

YOU ARE COMMANDED TO PRODUCE at the offices of Lewis, Overbeck & Furman, LLP, 20 North Clark Street, Suite 3200, Chicago, Illinois 60602, **on or before June 11, 2008,** all documents of every nature containing information concerning any assets, property, and income of, and any indebtedness due or owed to JTF MECHANICAL, INC., including all detailed account statements and all other documents concerning all activity which occurred on all bank accounts of JTF MECHANICAL, INC., for the period from January 1, 2007, through the date of your Citation Answer, and current balance(s) contained therein.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or from interfering with, any property not exempt from the enforcement of a judgment therefrom, a deduction order or garnishment, belonging to the Judgment Debtor or to which the Judgment Debtor may be entitled or which may be acquired by or become owed to the Judgment Debtor, until further order of Court or termination of the proceeding.

YOU ARE PROHIBITED from paying over or otherwise disposing of any monies not so exempt which are due or to become due to the Judgment Debtor, until further order of Court or termination of the proceeding, whichever occurs first. You are not required to withhold the payment of any moneys beyond double the amount of the balance due on the judgment.

THE COURT MAY PUNISH YOU FOR CONTEMPT OF COURT if you violate the foregoing restraining provisions, or, if you are a third party, may enter judgment against you.

**YOUR FAILURE TO APPEAR AS HEREIN DIRECTED MAY CAUSE YOU TO BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.**

## CERTIFICATE OF ATTORNEY

1. Judgment in the amount of $85,830.43 was entered April 23, 2008.

2. Name of Court: United States District Court for the Northern District of Illinois, Eastern Division.

3. Case No. 08 C 1045.

I, the undersigned, certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 to the Court that the foregoing information is true.

Brian T. Bedinghaus

Brian T. Bedinghaus
Lewis, Overbeck & Furman, LLP
Attorneys for Plaintiffs/Judgment Creditors
20 North Clark Street, Suite 3200
Chicago, Illinois 60603-4274
(312) 580-1269

Issued this date: May 8, 2008

MICHAEL W. DOBBINS
Clerk, United States District Court
for the Northern District of Illinois

By: _____
Deputy Clerk
(Please apply seal of Court)

CERTIFICATE OF SERVICE

*Robert C. Pasizek*, a non-attorney, hereby certifies that (s)he served a copy of the foregoing Citation to Discover Assets (Third Party) via certified mail, return receipt requested, receipt number  7004 2510 0001 9622 6131  ,
upon:

Fifth Third Bank Operations
Legal Entry
5050 Kingsley Drive
MD # 1MOC2Q
Cincinnati, Ohio 45227

by sealing a true and correct copy thereof in an envelope addressed as aforesaid, with proper postage prepaid, and depositing same with the United States Postal Service at 20 North Clark Street, Chicago, Illinois, before the hour of 5:00 p.m. on  May 8 , 2008.

_____

# EXHIBIT C

MAY-12-2008 MON 02:51 PM LEWISOVERBECKFURMANLLP        FAX NO. 3125801201        P. 02

5-6-08RCP137211                                                                  65100-1043LIT4648

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JAMES T. SULLIVAN, not individually but as )
Trustee of PLUMBERS' PENSION FUND, )
LOCAL 130, U.A., etc., et al., )
    Plaintiffs/Judgment Creditors, )  No. 08 C 1045
)
v. ) Judge Virginia M. Kendall
)
JTF MECHANICAL, INC. ) Magistrate Judge Jeffrey Cole
    Defendant/Judgment Debtor. )
)
and )
)
FIFTH THIRD BANK, )
    Citation Respondent. )

### THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

_____5/3 Bank_____, certifies under penalty of perjury that regard to the property of the judgment debtors, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor, JTF MECHANICAL, INC.

I. ____ Citation Respondent has no property of the judgment debtor in its possession.
II. ____ Citation Respondent has no knowledge of any assets or income belonging to the judgment debtor.
III. ____ Citation Respondent has property that belongs or may belong to the judgment debtors as follows:

    Amt. Withheld                                    Judgment Debtor's Balance

A) Savings Account                                      $_____
B) Checking and/or NOW Account                          $   35,991.63
C) Certificate of Deposit                               $_____
D) Money Market Account                                 $_____
E) Trust Account                                        $_____
F) Wages, Salary, or Commissions                        $_____
G) Safety Deposit Box                                   $_____
H) Land Trust No.                                       $_____
I) Other Property (describe)                            $_____

MAY-12-2008 MON 02:51 PM LEWISOVERBECKFURMANLLP        FAX NO. 3125801201                P. 03

Additional Information Relating to Debtor's Property:

Adverse Claimant: Name:_____ Address:_____
Right of Set Off: Basis:_____ Amount:_____
Exemption: Basis:_____ Amount:_____
No accounts: _____
Deduction for fees limited by 205 ILCS 5/48.1: _____

Total of funds in Citation-Respondent's possession available to be applied to the judgment $ 35,991.63
According to the records maintained by the Citation-Respondent, the above information is correct and true as of this date

_____
Agent for Citation-Respondent

5/12/08
_____
Date

Citation-Respondent/Agent

FIFTH THIRD BANK
5050 KINGSLEY DR.
CINCINNATI, OHIO 45263
MAILDROP: 1MOC2Q C/C 3723

Note: A copy of this Answer should be filed with the court, and mailed to Attorney for Plaintiff/Judgment Creditor and the Judgment Debtor.

05/13/2008 08:35 5133581279 5/3 LEGAL OPERATIONS PAGE 07/07

# EXHIBIT D

**AMended Answer**

5-6-08RCP137211

65100-1043LIT4648

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

JAMES T. SULLIVAN, not individually but as
Trustee of PLUMBERS' PENSION FUND,
LOCAL 130, U.A., etc., et al.,
    Plaintiffs/Judgment Creditors,

v.

JTF MECHANICAL, INC.
    Defendant/Judgment Debtor.

and

FIFTH THIRD BANK,
    Citation Respondent.

No. 08 C 1045

Judge Virginia M. Kendall

Magistrate Judge Jeffrey Cole

### THIRD PARTY RESPONDENT ANSWER TO CITATION PROCEEDINGS

_____5/3 Bank_____, certifies under penalty of perjury that regard to the property of the judgment debtors, the Citation Respondent files the following answers to this Citation to Discover Assets and is in possession of the following property of the judgment debtor, JTF MECHANICAL, INC.

I. ____ Citation Respondent has no property of the judgment debtor in its possession.
II. ____ Citation Respondent has no knowledge of any assets or income belonging to the judgment debtor.
III. ____ Citation Respondent has property that belongs or may belong to the judgment debtors as follows:

| | Amt. Withheld | Judgment Debtor's Balance |
|---|---|---|
| A) | Savings Account | $ |
| B) | Checking and/or NOW Account | $ 3,849.63 |
| C) | Certificate of Deposit | $ |
| D) | Money Market Account | $ |
| E) | Trust Account | $ |
| F) | Wages, Salary, or Commissions | $ |
| G) | Safety Deposit Box | $ |
| H) | Land Trust No. | $ |
| I) | Other Property (describe) | $ |

Additional Information Relating to Debtor's Property:

Adverse Claimant: Name:_____ Address:_____
Right of Set Off: Basis:_____ Amount:_____
Exemption: Basis:_____ Amount:_____
No accounts: _____
Deduction for fees limited by 205 ILCS 5/48.1: _____

Total of funds in Citation-Respondent's possession available to be applied to the judgment $ 3,849.63
According to the records maintained by the Citation-Respondent, the above information is correct and true as of this date

_____
Agent for Citation-Respondent

5/12/08
_____
Date

Citation-Respondent/Agent

    FIFTH THIRD BANK
    5050 KINGSLEY DR.
    CINCINNATI, OHIO 45263
    MAILDROP: 1MOC2Q C/C 3723

Note: A copy of this Answer should be filed with the court, and mailed to Attorney for Plaintiff/Judgment Creditor and the Judgment Debtor.

# EXHIBIT E

LIT4648

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs/Judgment Creditors, | ) | No.   08 C 1045 |
| v. | ) | |
| | ) | Judge   Virginia M. Kendall |
| JTF MECHANICAL, INC., | ) | |
| an Illinois corporation, | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendant/Judgment Debtor, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIFTH THIRD BANK, | ) | |
| | ) | |
| Citation Respondent. | ) | |

## TURNOVER ORDER

This matter coming before the Court for hearing on Motion for Turnover Order, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises

IT IS HEREBY ORDERED that Citation Respondent, FIFTH THIRD BANK, is directed to pay Plaintiffs/Judgment Creditors, JAMES T. SULLIVAN, etc., et al., the sum of $3,849.63, the amount held pursuant to a Citation to Discover Assets (Third Party), by a check in said amount made payable to Lewis, Overbeck & Furman, LLP at 20 North Clark Street, Suite 3200, Chicago, Illinois 60602-5093;

IT IS HEREBY FURTHER ORDERED that upon delivery of check, FIFTH THIRD BANK shall be discharged from the Citation.


Dated:_____        Enter:_____
                                                                            Virginia Kendall
                                                                            United States District Court Judge



Lewis, Overbeck & Furman, LLP
20 N. Clark Street, Suite 3200
Chicago, IL 60602-5093
312-580-1200
65100/1043BTB138355