LIT-4648

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No.   08 C 1045 |
| v. | ) | |
| | ) | Judge   Virginia M. Kendall |
| JTF MECHANICAL, INC., | ) | |
| an Illinois corporation, | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendant/Judgment Debtor, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIFTH THIRD BANK, | ) | |
| | ) | |
| Citation Respondent. | ) | |

## NOTICE OF MOTION

To:   JTF Mechanical, Inc.           Fifth Third Bank
      c/o Cyndi Trostin, President   5050 Kinglsey Drive
      208 S. LaSalle St., Suite 1650 Cincinnati, OH 45263
      Chicago, IL 60604-1103         Maildrop: 1MOC2Q C/C 3723


   PLEASE TAKE NOTICE that on Tuesday, August 12, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia Kendall, or any judge sitting in her place and stead, in Courtroom No. 2319 in the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Motion for Turnover Order, a copy of which is herewith served upon you.

                              JAMES T. SULLIVAN, etc., et al., by their
                              attorneys, DOUGLAS A. LINDSAY, JOHN W.
                              LOSEMAN, LISA M. SIMIONI, and
                              BRIAN BEDINGHAUS


                              By:   s/ Brian T. Bedinghaus
Of Counsel:                         Brian T. Bedinghaus
LEWIS, OVERBECK & FURMAN, LLP       20 N. Clark Street
20 N. Clark Street                  Suite 3200
Suite 3200                          Chicago, IL  60602-5093
Chicago, IL 60602-5093              312-580-1269
(312) 580-1200

PROOF OF SERVICE

I served a copy of the foregoing NOTICE OF MOTION upon:

| | |
|---|---|
| JTF Mechanical, Inc. | Fifth Third Bank |
| c/o Cyndi Trostin, President | 5050 Kingsley Drive |
| 208 S. LaSalle St., Suite 1650 | Cincinnati, OH 45263 |
| Chicago, IL 60604-1103 | Maildrop: 1MOC2Q C/C 3723 |

by placing true and correct copies thereof in sealed envelopes addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Chicago, Illinois on _Aug 1_, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on _August 1_, 2008

_____
Christine Usyak

OF COUNSEL:
LEWIS, OVERBECK & FURMAN, LLP
20 N. Clark Street
Suite 3200
Chicago, IL 60602-5093
(312) 580-1200
65100/1043BTB138353