LIT-4648

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES T. SULLIVAN, etc., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No.   08 C 1045 |
| v. | ) | |
| | ) | Judge   Virginia M. Kendall |
| JTF MECHANICAL, INC., | ) | |
| an Illinois corporation, | ) | Magistrate Judge Jeffrey Cole |
| | ) | |
| Defendant/Judgment Debtor, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| FIFTH THIRD BANK, | ) | |
| | ) | |
| Citation Respondent. | ) | |

## NOTICE OF MOTION

To:  JTF Mechanical, Inc.                Fifth Third Bank
     c/o Cyndi Trostin, President        5050 Kingsley Drive
     208 S. LaSalle St., Suite 1650      Cincinnati, OH 45263
     Chicago, IL 60604-1103              Maildrop: 1MOC2Q C/C 3723

     PLEASE TAKE NOTICE that on Wednesday, August 20, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Virginia Kendall, or any judge sitting in her place and stead, in Courtroom No. 2319 in the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present Motion for Turnover Order, a copy of which was previously served upon you.

                                        JAMES T. SULLIVAN, etc., et al., by their
                                        attorneys, DOUGLAS A. LINDSAY, JOHN W.
                                        LOSEMAN, LISA M. SIMIONI, and
                                        BRIAN BEDINGHAUS


                                        By:    s/ Brian T. Bedinghaus
Of Counsel:                                    Brian T. Bedinghaus
LEWIS, OVERBECK & FURMAN, LLP                  20 N. Clark Street
20 N. Clark Street                             Suite 3200
Suite 3200                                     Chicago, IL  60602-5093
Chicago, IL 60602-5093                         312-580-1269
(312) 580-1200

## PROOF OF SERVICE

I served a copy of the foregoing NOTICE OF MOTION upon:

JTF Mechanical, Inc.  
c/o Cyndi Trostin, President  
208 S. LaSalle St., Suite 1650  
Chicago, IL 60604-1103

Fifth Third Bank  
5050 Kingsley Drive  
Cincinnati, OH 45263  
Maildrop: 1MOC2Q C/C 3723

by placing true and correct copies thereof in sealed envelopes addressed as aforesaid, with postage prepaid, and depositing same in the United States Mail Box at 20 North Clark Street, Chicago, Illinois on Aug. 12, 2008, before 4:30 p.m.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2008

_____  
Christine Usyak

OF COUNSEL:  
LEWIS, OVERBECK & FURMAN, LLP  
20 N. Clark Street  
Suite 3200  
Chicago, IL 60602-5093  
(312) 580-1200  
65100/1043BTB138474