UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Plumbers' Pension Fund, Local 130, U.A., et al.
                                            Plaintiff,
v.                                          Case No.: 1:08−cv−01045
                                            Honorable Virginia M. Kendall

JTF Mechanical, Inc.
                                            Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 20, 2008:

        MINUTE entry before the Honorable Virginia M. Kendall: Motion hearing held. MOTION by Plaintiffs The Trust Fund for Apprentice and Journeymen Education and Training, Local 130, U.A., Chicago Journeymen Plumbers' Local Union 130, U.A., Group Legal Services Plan Fund, The Plumbing Council of Chicagoland, Plumbers' Pensi[22] for a turn over order is denied as moot for the reasons stated in open court.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.